# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Devon Donte-Edge** DOB: xx-xx-1993; United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> 12 - 0 4 6 2 0 M - |
| Complaint for violation of Title 8 | United States Code § 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 16, 2012, at or near Amado, in the District of Arizona, **Devon Donte-Edge**, knowing and in reckless disregard of the fact that illegal aliens, Jose Maximiliano Pat-Chan and Cirilo Chavarin-Cueto, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 16, 2012, at or near Amado, Arizona, a red Toyota Camry approached a Border Patrol checkpoint located on Interstate 19. The driver, later identified **Devon Donte-Edge**, gave consent to search the trunk of the vehicle. Before an agent was able to open the trunk, **Devon Donte-Edge** fled the checkpoint at a high rate of speed. An agent was behind the vehicle before **Devon Donte-Edge** lost control and collided into a traffic sign. **Devon Donte-Edge** exited the vehicle and attempted to flee on foot before being apprehended. Two individuals, later identified Jose Maximiliano Pat-Chan and Cirilo Chavarin-Cueto were found in the trunk of the red Camry and admitted they were not citizens or nationals of the United States and they did not possess documents to be in the United States legally.

The material witnesses stated they made arrangements in Mexico to be smuggled into the United States. They stated after crossing the border, they were taken to an unknown location before being transferred into the trunk of a red car. Cirilo Chavarin-Cueto stated **Devon Donte-Edge** was the driver of the red car and charged him $1,200 to be transported to Phoenix, Arizona. He stated he felt scared while in the trunk of the vehicle.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Jose Maximiliano Pat-Chan and Cirilo Chavarin-Cueto

| Detention Requested <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br> AUTHORIZED BY: AUSA AAA | SIGNATURE OF COMPLAINANT <br><br> OFFICIAL TITLE <br> Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> *Leslie A. Bowman* | DATE <br> June 18, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54